Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., | CASE NO. 1:12-cv-01849-AWI-GSA |
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT IRMA ARAMBULLA, INDIVIDUALLY AND D/B/A TAQUERIA EL TAPATIO |
| vs. | |
| Irma Arambulla, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant IRMA ARAMBULLA, INDIVIDUALLY AND D/B/A TAQUERIA EL TAPATIO, that the above-entitled action is hereby dismissed **without prejudice** against IRMA ARAMBULLA, INDIVIDUALLY AND D/B/A TAQUERIA EL TAPATIO subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by April 15, 2014, the dismissal shall be deemed to be **with prejudice**.

///
///
///
///
///

STIPULATION OF DISMISSAL
PAGE  PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: January 9, 2013         *s/ Thomas P. Riley*
                               **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                               By:  Thomas P. Riley
                               Attorneys for Plaintiff
                               J & J SPORTS PRODUCTIONS, INC.


Dated:                         *s/ Irma Arambulla*
                               **IRMA ARAMBULLA**
                               Individually and d/b/a TAQUERIA EL TAPATIO
                               Defendant


IT IS SO ORDERED.

Dated:   February 6, 2013                 _____
                                          SENIOR  DISTRICT  JUDGE

**STIPULATION OF DISMISSAL**
**PAGE  PAGE 1**